STATE v. ALLEN

No. 238P85.

Case below: 71 N.C. App. 458.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 May 1985.

STATE v. ANGE

No. 288P85.

Case below: 72 N.C. App. 524.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 4 June 1985.

STATE v. BROWN

No. 149P85.

Case below: 73 N.C. App. 179.

Notice of appeal by defendants filed pursuant to G.S. 7A-30 dismissed 7 May 1985. Petition by defendants for a writ of certiorari to the North Carolina Court of Appeals denied 7 May 1985. Petition by defendants for writ of supersedeas and temporary stay denied 7 May 1985.

STATE v. COX

No. 187P85.

Case below: 73 N.C. App. 432.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.

STATE v. ERWIN

No. 140P85.

Case below: 72 N.C. App. 536.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 7 May 1985.